1030

No. 80–2116. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted.

No. 81–535. UNITED STATES DEPARTMENT OF STATE ET AL. *v.* WASHINGTON POST CO. C. A. D. C. Cir. Certiorari granted.

No. 81–202. NATIONAL ASSOCIATION FOR THE ADVANCE- MENT OF COLORED PEOPLE ET AL. *v.* CLAIBORNE HARD- WARE CO. ET AL. Sup. Ct. Miss. Certiorari granted and case set for oral argument in tandem with No. 81–280, *General Building Contractors Assn., Inc.* v. *Pennsylvania et al.* [certiorari granted, *ante,* p. 939], and related cases. JUS- TICE MARSHALL took no part in the consideration or decision of this petition.

No. 81–300. FORD MOTOR CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 4th Cir. Certiorari granted. JUSTICE O'CONNOR took no part in the consider- ation or decision of this petition.

No. 80–1770. TURLINGTON, COMMISSIONER OF EDUCA- TION OF FLORIDA, ET AL. *v.* S–1, A MINOR, BY P–1, ET AL.; and

No. 80–1791. EDWARDS, SUPERINTENDENT OF SCHOOLS, HENDRY COUNTY, FLORIDA, ET AL. *v.* S–1, A MINOR, BY P–1, ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 635 F. 2d 342.

No. 80–1953. DOSTER *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.